No. 550. ROBINSON v. RAGEN, WARDEN. October 28, 1946. Petition for writ of certiorari to the Criminal Court

of Cook County, Illinois, denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application.